UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-04060-SB-RAO | Date: | August 25, 2021 |
|---|---|---|---|

| Title: | *Alex A. Ginzburg v. Jorge Alberto Martinez-Davila, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     **SUPPLEMENTAL ORDER TO SHOW CAUSE**

     The Court on August 12, 2021 ordered Cross-Claimant Alex A. Ginzburg to show cause why his claims against Jorge Alberto Martinez-Davila and Utopia Film, LLC should not be transferred to Puerto Rico, where he is already litigating a similar case against them arising from the same or closely related facts. Dkt. No. 13. The Court noted that if the case were not transferred, the Court would issue a further order to show cause why the case should not be dismissed for lack of personal jurisdiction in light of the Court's prior finding of lack of personal jurisdiction in the *Bondit* case from which this action was severed. In his reply to the show cause order, Ginzburg gave a "preliminary explanation" of his asserted basis for personal jurisdiction and requested the opportunity to provide additional analysis on that issue. Dkt. No. 14. For the sake of completeness, the Court will reserve ruling on the question of transfer at this time and will allow Ginzburg the additional opportunity he requests.

Accordingly, Ginzburg is ordered to show cause in writing ***by no later than September 3, 2021*** why his claims against Jorge Alberto Martinez-Davila and Utopia Film, LLC should not be dismissed for lack of personal jurisdiction.

**IT IS SO ORDERED.**